UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DARWIN ALFEO LOPEZ CORTEZ,
Petitioner,

v.

CHRISTOPHER J. LAROSE, et al.,
Respondents.

Case No.: 3:26-cv-4904-CAB-JLB

**ORDER:**
**(1) RELEASING PETITIONER; and**

**(2) VACATING HEARING**

[Doc. No. 15]

Pending before the Court is Petitioner Darwin Alfeo Lopez Cortez's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").] Respondents have filed an amended response to the Petition that they "do not oppose an order from this Court directing that Petitioner be released from custody, subject to reasonable conditions of supervision at the [Department of Homeland Security's] discretion." [Doc. No. 15.]

The Court therefore **ORDERS** Respondents to immediately release Petitioner subject to reasonable conditions of supervision at the discretion of the Department of Homeland Security. *See* 8 U.S.C. § 1226(a)(2) (providing for release on conditional parole or "conditions prescribed by, the Attorney General").

///

The Court **VACATES** the hearing set for October 30, 2026.

The Clerk of the Court shall close the case.

It is **SO ORDERED.**

Dated: October 29, 2026

Hon. Cathy Ann Bencivengo
United States District Judge